UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
JOSE MEDINA,

                          Plaintiff,

CASE NO: 07 CV 6215

Affirmation of Service

       -against-

THE CITY OF NEW YORK,
NEW YORK CITY POLICE
OFFICERS JANE/JOHN DOE #'s 1-3,

                          Defendant,
_____X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered one true copy of the Summons and Complaint upon the defendant The City of New York, via its agent:

      Gary Jean Gilles, Docketing Clerk #5
      Corporation Counsel for the City of New York
      100 Church Street, 4th Floor
      New York, New York 10007

      I delivered the above documents on July 9, 2007 at 3:00 p.m.

Dated:  **Brooklyn, NY**
          **July 9, 2007**

                                                  Nicquan Bannister