UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

JOSE MEDINA,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                                    Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 6215 (AKH)

      **PLEASE TAKE NOTICE** that **Sarah Evans**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, having replaced Assistant Corporation Counsel Jennifer Rubin, effective February 20, 2008.

Dated:  New York, New York
          February 20, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          of the City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street, Room 3-151
                                          New York, New York 10007
                                          (212) 788-1041

                                          By:    _____/s/_____
                                                    Sarah B. Evans
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

To:    David Zelman, Esq. (By ECF)

Index No. 07 CV 6215 (AKH)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JOSE MEDINA,<br><br>                   Plaintiff,<br><br>        -against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>                   Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant City of New York*<br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Sarah Evans*<br><br>*Tel:  (212) 788-1041*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  .......................................... ,2008*<br><br>*................................................................. Esq.*<br><br>*Attorney for City of New York* |