```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

**LAW OFFICE OF DAVID A. ZELMAN**
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072
Fax (718) 604-3072


RECEIVED JUL 24 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

Via Fax: 212 805-7942
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 24, 2008

Re: Jose Medina v. The City of New York, et al.
07CV6215

Honorable Alvin K. Hellerstein:

I request that a telephone conference be had in this matter to discuss outstanding discovery, extension of discovery and the appointment of a magistrate to handle the remaining discovery.

Thank you for your consideration.

Respectfully Submitted:

LAW OFFICE OF DAVID A. ZELMAN

David A. Zelman, Esq.
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072

*Motion Denied. No justification given. 7-24-08*

Via fax: 212 788 9776
SARAH EVANS, ESQ.
Assistant Corporation Counsel

1