**LAW OFFICE OF DAVID A. ZELMAN**
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072
Fax (718) 604-3072

Via Fax: 212 805-7942
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 22, 2008

Re: Jose Medina v. The City of New York, et al.
07CV6215

Honorable Alvin K. Hellerstein:

    I am the attorney for the plaintiff. This is a civil rights action in which the plaintiff alleges he was assaulted by police officers, placed in handcuffs and dropped on a street without being charged with a crime.

    Plaintiff's attorney seeks a 30 day extension of the discovery deadline in this matter. There was one prior request to extend the discovery deadline which was granted. The current discovery deadline is August 31, 2008. Defense counsel indicated that the City will not oppose this application. The plaintiff proposes that the pretrial conference be adjourned to October 24, 2008 at 10:00 AM.

    Discovery in this matter has become quite complex. Plaintiff alleges he was assaulted by officers and sustained injuries to such an extent that he has difficulty remembering the specifics of the assault. There were approximately six witnesses to the assault, one of which took a photo of the plaintiff in cuffs, on the ground with officers standing next to him. Nonetheless, identifying the officers has become a challenge as non of the non party witnesses was able to secure the names of any of the uniformed officers who were present at the scene. Photographs of the defendant officers was demanded in this action and the production of same may alleviate the burden plaintiff has in identifying the officers.

    The current discovery deadline is August 31, 2008. However, there are several depositions which still need to be conducted and defense counsel is not available during many of the remaining days in July to take those depositions. Approximately five depositions have already been taken. This office has a planned vacation during the whole month of August. Therefore, I

1

ask that this Court extend the factual discovery deadline by thirty days to September 30 in order to accommodate a long anticipated vacation.

Thank you for your consideration.

                                      Respectfully Submitted:

                                      **LAW OFFICE OF DAVID A. ZELMAN**

                                      **David A. Zelman, Esq.**
                                      612 Eastern Parkway
                                      Brooklyn, New York 11225
                                      (718) 604-3072

*Via fax: 212 788 9776*
SARAH EVANS, ESQ.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007

2